IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER C. THAEMERT, ) <br> CRAIG H. THAEMERT, ) <br> MARY K. SCHLEPER, and ) <br> RIVER COUNTY COOPERATIVE, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 0:18-cv-00081-NEB/LIB <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR DEAFULT JUDGMENT AGAINST MARY K. SCHLEPER** |

Now before the Court is the United States of America's Motion for Default Judgment against Mary K. Schleper (ECF No. 66.) Pursuant to Federal Rule of Civil Procedure 55, and for the reasons stated in the government's motion and supporting memorandum of law, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion for Default Judgment against Mary K. Schleper is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of the United States and against Mary K. Schleper on Count II of the Complaint, in which the United States seeks to enforce federal tax liens on Christopher Thaemert's interest in real property located at 50550 Wildlife Road, Sandstone, Minnesota ("the Sandstone Property"), and more particularly described as:

> Northeast Quarter of Southeast Quarter (NE1/4 of SE1/4) of Section Twenty-five (25), Township Forty-two (42), Range Twenty (20);

Northwest Quarter of Southeast Quarter (NW1/4 of SE1/4) and Northeast Quarter (NE1/4) of Section Twenty-five (25), Township Forty-two (42), Range Twenty (20); and Northwest Quarter (NW1/4) of Section Twenty-five (25), Township Forty-two (42), Range Twenty (20), all in Pine County, Minnesota.

**IT IS FURTHER ORDERED** that Mary K. Schleper has no claim or interest in the Sandstone Property or to any proceeds from the sale of the Sandstone Property. The Sandstone Property shall be sold free and clear of any claim or interest that may be asserted by Mary K. Schleper.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 27, 2019

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge